

# MVDS Vehicle Record

## Vehicle Information

Inquiry Time: Wed Sep 15 2021 3:28:53 PM

| | | |
|---|---|---|
| **VIN** 5XYPG4A50KG480971 | **Make** KIA | **Odometer** 46593 |
| **Year** 2019 | **Model** SOR | |

## Title and Registration Information

| | | |
|---|---|---|
| **Plate** DPP805 | **Expiration Date** 7/31/2022 | **Title Date** 7/13/2021 |
| **Class** 1001 | **Purchase Date** 5/13/2021 | **Title Number** 16300223530 |
| **Issue year** 2017 | | **Previous Title State** VA |

## Owner 1 Information

**Owner Name** RAVEN R SECONDINE
**Address** 1636 CEDAR SPRINGS CIR
**City** CLARKSVILLE
**State** TN
**Zip Code** 370421582

## Lienholder 1 Information

**Lienholder** CARVANA LLC
**Start Date** 5/13/2021
**Address** PO BOX 29002
**City** PHOENIX
**State** AZ
**Zip Code** 850389002

Case 3:21-ap-90160    Doc 1-1    Filed 11/15/21    Entered 11/15/21 14:26:56    Desc
Exhibit A - MVDS Vehicle Record    Page 1 of 1