IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 3:21-bk-02510 |
| RAVEN RENEE SECONDINE § | |
| § | Adversary Proceeding No. 3:21-ap-90160 |
| § | |
| § | Chapter 7 |
| Debtor § | |
| ERICA R. JOHNSON, TRUSTEE § | |
| Plaintiff § | |
| § | CONTESTED MATTER |
| v. § | |
| CARVANA, LLC and § | |
| RAVEN RENEE SECONDINE § | |
| Defendant § | |
| § | |
| § | |

## ANSWER

COMES NOW, Carvana, LLC and makes and files it's Answer to Trustee's Complaint to Avoid Security Interest of Carvana, LLC; To Recover Value of Avoided Transfer; And Authority to Sell Property Free and Clear of Lien:

**SPECIFIC RESPONSES**

**1.**
Admitted.

**2.**
Admitted.

**3.**
Admitted.

**4.**
Admitted.

**5.**
Admitted.

**6.**

Admitted.

**7.**

Admitted.

**8.**

Admitted.

**9.**

Admitted.

**10.**

Admitted.

**11.**

Defendant is without sufficient information at this time to confirm the veracity of the allegations in paragraph 11 and therefore denies same.

**12.**

Defendant is without sufficient information at this time to confirm the veracity of the allegations in paragraph 12 and therefore denies same.

**13.**

Defendant is without sufficient information at this time to confirm the veracity of the allegations in paragraph 13 and therefore denies same.

**14.**

Defendant is without sufficient information at this time to confirm the veracity of the allegations in paragraph 14 and therefore denies same.

**15.**

Defendant is without sufficient information at this time to confirm the veracity of the allegations in paragraph 15 and therefore denies same.

**16.**

Defendant is without sufficient information at this time to confirm the veracity of the allegations in paragraph 16 and therefore denies same.

**17.**

Defendant is without sufficient information at this time to confirm the veracity of the allegations in paragraph 17 and therefore denies same.

**18.**

Defendant is without sufficient information at this time to confirm the veracity of the allegations in paragraph 18 and therefore denies same.

**19.**

Defendant reiterates and incorporates by reference its previous responses.

**20.**

Defendant is without sufficient information at this time to confirm the veracity of the allegations in paragraph 20 and therefore denies same.

**21.**

Defendant is without sufficient information at this time to confirm the veracity of the allegations in paragraph 21 and therefore denies same.

**22.**

Defendant is without sufficient information at this time to confirm the veracity of the allegations in paragraph 22 and therefore denies same.

**23.**

Defendant reiterates and incorporates by reference its previous responses.

**24.**
Denied.

**25.**
Denied.

**26.**
Denied.

**27.**
Denied.

**28.**

Defendant reiterates and incorporates by reference its previous responses.

**29.**

Denied.

**30.**

Denied.

**31.**

Defendant reiterates and incorporates by reference its previous responses.

**32.**

Denied.

**33.**

Denied.

**34.**

Denied.

**35.**

Denied.

This the 14th day of December 2021

                                  Respectfully Submitted

                                **/s/Richard B. Maner**
                                Richard B. Maner, TN Bar 024019
                                Attorney for Respondent
                                180 Interstate N Parkway Ste 200
                                Atlanta, GA 30339
                                404-252-6385 Phone; 404-252-6394 Fax
                                rmaner@rbmlegal.com

## CERTIFICATE OF SERVICE

    This is to certify that I have served a copy of **ANSWER** electronically. Those not served electronically have been served by depositing same in the United States Mail in a properly addressed envelope to each with adequate postage thereon as follows:

Raven Renee Secondine
1636 Cedar Springs Cir
Clarksville, TN 37042

JOHN T. MAHER
THE KENNEDY LAW FIRM, PLLC
127 S. THIRD STREET
CLARKSVILLE, TN 37040


ERICA R. JOHNSON
ERICA R JOHNSON, ATTORNEY AT LAW, PLLC
8161 HIGHWAY 100
SUITE 184
NASHVILLE, TN 37221

U.S. Trustee
US TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
701 BROADWAY STE 318
NASHVILLE, TN 37203-3966


This the 14TH day of December 2021

                **/s/Richard B. Maner**
                Richard B. Maner, TN Bar 024019
                Attorney for Respondent
                180 Interstate N Parkway Ste 200
                Atlanta, GA 30339
                404-252-6385 Phone; 404-252-6394 Fax
                rmaner@rbmlegal.com